**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHELLY K. JOHNSTON,      :   No. 60 MAL 2017

            Petitioner      :

                              :   Petition for Allowance of Appeal from

                              :   the Order of the Superior Court

            v.      :

     :

     :

DALTON T. JOHNSTON AND ROBERTA   :
L. JOHNSTON, HIS WIFE; THOMAS M.   :
JOHNSTON,      :

     :

            Respondents      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.